The People of the State of New York, Respondent, 
against
Marco Perez, Defendant-Appellant




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Richard A. Tsai, J.), rendered November 27, 2018, convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the seventh degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Richard A. Tsai, J.), rendered November 27, 2018, affirmed.
The record as a whole establishes that the plea was knowing, intelligent and voluntary. At the plea proceeding, defendant admitted his guilt to the charged controlled substance offense, stated that he had ample time to discuss his case with counsel, waived specific constitutional rights, including the right to a trial by jury, and acknowledged that he would be sentenced to a conditional discharge requiring him to complete one session of the CASES program, and that he would be sentenced to five days jail if he failed to do so. There was nothing in the record to suggest that defendant's ability to make a voluntary decision to plead guilty was impaired in any way by his use of alcohol or drugs (see People v Rodriguez, 83 AD3d 449 [2011], lv denied 17 NY3d 800 [2011]; People v Royster, 40 AD3d 885 [2007], lv denied 9 NY3d 881 [2007].
In any event, the only relief defendant requests is dismissal of the accusatory instrument, and he expressly requests that this court affirm his conviction if it does not grant dismissal. Since dismissal is not warranted, we affirm on this basis as well (see People v Conceicao, 26 NY3d 375, 385 n 1; People v Teron, 139 AD3d 450 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: October 15, 2019